HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Chief Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710
Linda_Allison@fd.org

Attorneys for Defendant
MARC BUTCHER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:16-PO-00270-EFB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER TO |
| | ) | CONTINUE STATUS CONFERENCE |
| vs. | ) | |
| | ) | Date: October 31, 2016 |
| MARC BUTCHER, | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Edmund F. Brennan |
| Defendant. | ) | |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States

Attorney, through Justin Lee, Assistant United States Attorney, attorney for Plaintiff, and

Heather Williams, Federal Defender, through Chief Assistant for the Federal Defender Linda

Allison, attorney for Marc Butcher, that the status conference scheduled for October 31, 2016 be

vacated and be continued to November 21, 2016 at 10:00 a.m.

This continuance is necessary because counsel requires additional time to speak to her

client regarding his case and the possible consequences.

\ \ \
\ \ \
\ \ \

1

2 DATED: October 28, 2016         Respectfully submitted,

3

                              HEATHER E. WILLIAMS

4                               Federal Defender

5                               /s/Linda Allison

                              LINDA ALLISON

6                               Chief Assistant to the Federal Defender

                              Attorneys for Defendant

7                               MARC BUTCHER

8 DATED: October 28, 2016         PHILLIP A. TALBERT

9                               Acting United States Attorney

10                               /s/ Justin Lee

11                               Justin Lee

                              Assistant U.S. Attorney

12                               Attorney for Plaintiff

13

14                                  **<u>ORDER</u>**

15      IT IS HEREBY ORDERED, the October 31, 2016 status conference is vacated and that a

16 new status conference shall be scheduled for November 21, 2016 at 10:00 a.m.

17

18 Dated:  October 31, 2016

                              HON. EDMUND F. BRENNAN

19                               United States Magistrate Judge

20

21

22

23

24

25

26

27

28